NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCELINO G. ESPIRITU,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3163

---

Petition for review of the Merit Systems Protection Board in case no. SF0831090974-I-1.

---

## ON MOTION

---

## ORDER

Marcelino G. Espiritu submits an informal brief out of time. He explains that the address used to send him a recent court order was incorrect.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is recalled, the court's previous dismissal order is vacated, the petition is reinstated, and the informal brief is accepted for filing.

(2)  The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

**FEB 2 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marcelino G. Espiritu
     Russell J. Upton, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 2 8 2011**

**JAN HORBALY**
**CLERK**